CALVIN E. DAVIS (SBN: 101640)
cdavis@grsm.com
LISA K. GARNER (SBN: 155554)
lgardner@grsm.com
ELEANOR M. WELKE (SBN: 266137)
ewelke@grsm.com
GORDON & REES LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Plaintiff
SYNERGY HOMECARE FRANCHISING, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNERGY HOMECARE FRANCHISING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN HAN, an individual, ALICE LAI-BITKER, an individual, VERIS EASTBAY HOMECARE, INC., a California corporation, <br><br> Defendants. | CASE NO. 17-cv-04505-KAW <br><br> **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** <br><br> **[Fed. Rule of Civ. Pro. 41(a)(1)]** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff SYNERGY HOMECARE FRANCHISING, LLC, through its designated counsel, and Defendants JOHN HAN, ALICE LAI-BITKER and VERIS EASTBAY HOMECARE, INC. through their designated counsel stipulate to dismiss the entire action with prejudice against all parties.

Dated: March 21, 2018  MILESTONE LEGAL, P.C.

By: /s/ Philip Milestone
Philip Milestone
Attorneys for Defendants
JOHN HAN, ALICE LAI-BITKER and VERIS EASTBAY HOMECARE, INC.

Dated: March 21, 2018  GORDON & REES LLP

By: /s/ Lisa K. Garner
Calvin E. Davis
Lisa K. Garner
Eleanor M. Welke
Attorneys for Plaintiff
SYNERGY HOMECARE FRANCHISING, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: ___3/22_____, 2018  _Kandis Westmore_____
United States Magistrate Judge

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 21, 2018　　　　　　　　　　GORDON & REES LLP

　　　　　　　　　　　　　　　　　　　　By:　/s/ Lisa K. Garner
　　　　　　　　　　　　　　　　　　　　　　Calvin E. Davis
　　　　　　　　　　　　　　　　　　　　　　Lisa K. Garner
　　　　　　　　　　　　　　　　　　　　　　Eleanor M. Welke
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　SYNERGY HOMECARE
　　　　　　　　　　　　　　　　　　　　　　FRANCHISING, LLC

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071